IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.          ) | CR. NO. 3:14-cr-408-WKW-TFM-5 |
| ) | |
| LESLIE ANN MOMAN       ) | |

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE TERRY F. MOORER, UNITED STATES MAGISTRATE JUDGE:**

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Leslie Ann Moman, now in custody of the Troup County Jail, LaGrange, Georgia, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on August 20, 2014, at 10:30 a.m.

**WHEREFORE**, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Troup County Jail, LaGrange, Georgia, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 20, 2014, at 10:30 a.m.

Respectfully submitted this the 16th day of July, 2014.

Respectfully submitted,

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/Curtis Ivy, Jr.
CURTIS IVY, JR.
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Curtis.Ivy@usdoj.gov