IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:14-cr-408-WKW-TFM-5 |
| ) | |
| LESLIE ANN MOMAN   ) | |

**O R D E R**

Upon consideration of the motion for WRIT OF HABEAS CORPUS AD PROSEQUENDUM filed July 16, 2014, and for good cause shown, it is

**ORDERED** that the motion is **GRANTED**. The Clerk of this Court is hereby **DIRECTED** to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Troup County Jail, LaGrange, Georgia, commanding them to deliver Leslie Ann Moman, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on August 20, 2014, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with her.

**DONE** this _____ day of July, 2014.

_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE